IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>VICTOR KERY-AMPARO<br>Defendant | CRIMINAL 10-0255 CCC |

# O R D E R

Having considered the Report and Recommendation filed on July 19, 2010 (**docket entry 50**) on a Rule 11 proceeding of defendant held before U.S. Chief Magistrate Judge Justo Arenas on July 15, 2010, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of an abbreviated Presentence Investigation Report since July 15, 2010. The **sentencing hearing is set for August 17, 2010 at 4:15 pm.**

SO ORDERED.

At San Juan, Puerto Rico, on July 30, 2010.

S/CARMEN CONSUELO CEREZO
United States District Judge